DAN M. WINDER, ESQ.
Nevada State Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 000810
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

STANLEY C. FIKES, et al.,

    Plaintiff(s),

vs.

JUMPUP, INC. et al.,

    Defendant(s).

Case # 2:08-cv-01137-GMN-RJJ

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that the plaintiff, STANLEY C. FIKES, et al., recover from the defendants, FRANK DASARO and SHAMSUDDIN SHARIF, jointly and severally, the amount of $1,963,648.69 which is the amount of the Small Business Administration loan without interest until the date of judgment, and $206,184.93, jointly and severally, which is the amount of plaintiff's investment, which includes prejudgment interest at the rate of 5.25 %. Defendant, SHAMSUDDIN SHARIF is individually liable for the additional amount of $17,663.02 in prejudgment interest at the rate of 5.25%, for a total of $2,190,786.41, along with costs in the amount of $3,289.77, and post-judgment interest in the statutory rate of 5.25% until the judgment is paid.

This action was decided by Judge Gloria M. Navarro on a motion for default judgment.

**DATED** this 28th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge